ELSINORE PROPERTY OWNERS ASSOCIATION, INC., Plaintiff, and GEORGE W. LAMB et al., Appellants, v. MORWAND HOMES, INC., et al., Respondents.—

Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.